# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-62659-Cohn/Seltzer

FELIPE ESPITIA,

       Plaintiff,

v.

ADAM'S CONCRETE SERVICES "LLC",
KARL'S PUMPING & PLACING, INC.
D/B/A KPP CONCRETE D/B/A KARL'S
PUMPING & PLACING INC. K.P.& P. INC,
KARL LOEFFLER, JERI LOEFFLER,
ADAM J. LOEFFLER,

       Defendants.
_____/

## MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT IN FLSA ACTION AND DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida, FELIPE ESPITIA ("Plaintiff"), files this Motion for Approval of Parties' Settlement Agreement and Dismissal *with Prejudice*, and respectfully states as follows:

1. In the Eleventh Circuit, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *See Lynn's Food Stores, Inc.*, 679 F.2d at 1350. To approve the settlement, the court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* at 1354. If the settlement terms meet the aforementioned criteria, the court should approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.*; *see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

2. In order to avoid the costs and uncertainty of litigation, the Parties have negotiated a settlement in this matter. Plaintiff's counsel and Defendants have engaged in extensive

settlement negotiations and informal discovery. There exists uncertainty as to the number of overtime hours Plaintiff actually worked, compensability for all the hours worked, and whether enterprise coverage exists, as defined by the Fair Labor Standards Act (FLSA). As such, Plaintiff may not have recovered anything had this case continued. Accordingly, the Parties have agreed to a settlement amount as listed in the Parties' settlement agreement attached as **Exhibit A**.

3. Plaintiff is receiving $1,216.00 for alleged overtime, minimum wages, and liquidated damages owed, and Plaintiff's counsel is receiving $3,680.00 as fees and costs incurred in litigating this matter.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (1) approving the terms of the Settlement Agreement; (2) dismissing this action *with prejudice* with the Court, and retain jurisdiction to enforce the terms of the Settlement Agreement.

Submitted this Thursday, March 24, 2016.

        Respectfully submitted,

        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, FL 33316
        Tel: (786) 924-9929
        Fax: (786) 358-6071

        */s/ Elliot A. Kozolchyk*
        _____
        Elliot Kozolchyk, Esq.
        Bar No. 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on <u>March 24, 2016</u> with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Respectfully submitted,

*/s/ Elliot A. Kozolchyk*
Elliot Kozolchyk, Esq.

## SERVICE LIST

*Via* U.S. Mail:
Adam's Concrete Services "LLC"
c/o Mr. Adam J. Loeffler
1340 SE 3rd Terr
Deerfield Beach, FL 33441
E-mail: ken@minerleyfein.com

*Via* U.S. Mail:
Karl's Pumping & Placing, Inc. d/b/a KPP Concrete
d/b/a Karl's Pumping & Placing Inc. K.P.& P. Inc
c/o Mr. Karl Loeffler
1126 Harbor Dr.
Delray Beach, FL 33483
E-mail: ken@minerleyfein.com

*Via* U.S. Mail:
Mr. and Mrs. Karl Loeffler
1126 Harbor Drive
Delray Beach, FL 33483
E-mail: ken@minerleyfein.com